**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

---

In Re: Kim Sang Chao and Naranny Yin

Debtor(s)

BK No. 1:15–bk–10707

Chapter 7

---

### ORDER DISMISSING CASE FOR FAILURE TO FILE
### MISSING DOCUMENT(S)

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed issued on 04/07/2015 , and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, it is hereby ORDERED that the within case be and is ***DISMISSED***.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/15/15**

Entered on Docket: **4/15/15**
Document Number: **10 – 6**

172m.jsp #172

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*